DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY JEROME MILLER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1287

[May 14, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562022CF002121AXXXXX.

Daniel Eisinger, Public Defender, Paul Edward Petillo and Rebecca Kelly, Assistant Public Defenders, West Palm Beach, and Edward John Abare III of Edward J. Abare III, PLLC, Vero Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Melynda Layne Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***